United States District Court
Northern District of New York

| | | |
|---|---|---|
| RANA KISACKY, | ) | Case 3:24-cv-00493 |
|     *Plaintiff,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | Stipulation – Document Filed Electronically |
| Commissioner of | ) | |
| Social Security, | ) | |
|     *Defendant.* | ) | |

### Parties' Stipulation for Remand

The parties stipulate that, pursuant to the fourth sentence of 42 U.S.C. § 405(g), the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings. The parties agree that on remand, the Commissioner will offer the plaintiff the opportunity for a hearing, take further action as necessary to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

MARTIN O'MALLEY

By His Attorneys,

Carla B. Freedman,
United States Attorney

*/s/ Shannon Fishel*
Shannon Fishel
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(404) 562-1076
Shannon.Fishel@ssa.gov

RANA KISACKY,

By Her Attorney,

Peter A. Gorton

*/s/ Peter A. Gorton*
Peter A. Gorton
Attorney for Plaintiff
1500 East Main Street
P.O. Box 89
Endicott, NY 13761-0089
(607) 754-0500
lgattorneys@stny.rr.com

IT IS SO ORDERED:

_____
Daniel J. Stewart
U.S. Magistrate Judge

Dated: __9/24/2024__
Albany, NY