UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

RANA KISACKY,

                      Plaintiff,

-v-                                                              Case No. 3:24-cv-00493

MARTIN J. O'MALLEY,
Commissioner of Social Security,

                      Defendant.

## STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

**IT IS HEREBY STIPULATED** by and between Shannon Fishel, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant, Martin O'Malley, Commissioner of Social Security, and Peter Gorton Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$5,341.57,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

DATED: October 22, 2024

                CARLA B. FREEDMAN
                United States Attorney
                Northern District of New York

BY:   */s/ Shannon Fishel*
       Shanno Fishel
       Special Assistant United States Attorney
       Office of Program Litigation, Office 2
       Office of the General Counsel
       Social Security Administration
       6401 Security Boulevard
       Baltimore, MD 21235
       Phone: (347) 301-4507
       Email: shannon.fishel@ssa.gov

BY:   *s/ Peter A. Gorton*
       Peter A. Gorton, Esq.
       Lachman, Gorton Law Firm
       1500 East Main Street
       Endicott, NY 13761
       607-754-0500
       Fax: 607-748-6978
       Email: office@lglaw.org

SO ORDERED:

_____
HONORABLE DANIEL J. STEWART
UNITED STATES MAGISTRATE JUDGE

DATED: Oct 22, 2024